RODRIGUEZ *v.* UNITED STATES; PADILLA-SANCHEZ *v.* UNITED STATES; PEREZ-SANCHEZ *v.* UNITED STATES; PORTILLO-SANCHEZ *v.* UNITED STATES; RIVERA-GONZALEZ *v.* UNITED STATES; ROMERO-CORTEZ *v.* UNITED STATES (13 Fed. Appx. 541); RUEDA-FLORES *v.* UNITED STATES; SANCHEZ-RIVERA *v.* UNITED STATES; TELLEZ-FLORENCIO *v.* UNITED STATES; TORRES-RANGEL *v.* UNITED STATES (20 Fed. Appx. 609); VALDEZ-MEDINA *v.* UNITED STATES; and VILLA-GASTELO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5922. WILLIAMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5923. TOUSSAINT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5924. VALLES, AKA MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5925. WRIGHT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5926. THOMAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5927. THOMAS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–5937. LEE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5940. VALDEZ-ROMERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5941. McCLOUD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5942. MUDIE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5946. ESTUPINAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5947. TRAYLOR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.